1
2
3
4
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANYIELLE SANDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>CVS PHARMACY, INC..<br><br>    Defendant. | Case No. 2:17-cv-00055<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY HEARING DATE**<br><br>Hon. William B. Shubb |

1 **ORDER**

2 The Court, having read and considered the Parties' Stipulation to Modify
3 Hearing Date from April 3, 2017, to April 17, 2017, and for good cause shown, IT
4 IS HEREBY ORDERED that the hearing on CVS's Motion to Dismiss or in the
5 Alternative Stay or Transfer is continued to April 17, 2017, at 1:30 pm.

6 Dated: March 29, 2017

7 WILLIAM B. SHUBB
  UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28