BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
MARK S. EISEN, Cal. Bar No. 289009
  meisen@beneschlaw.com
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone:  312.212.4956
Facsimile:   312.767.9192

Attorney for Defendant
CVS PHARMACY, INC,
a Rhode Island corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANYIELLE SANDERS,<br><br>          Plaintiff,<br><br>     v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation, and DOES 1 through 10.<br><br>          Defendants. | Case No. 2:17-cv-00055<br><br><u>CLASS ACTION</u><br><br>**CVS PHARMACY, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS OR IN THE ALTERNATIVE STAY OR TRANSFER PURSUANT TO THE FIRST-TO-FILE DOCTRINE**<br><br>Hon. William B. Shubb |

TO THE ABOVE-CAPTIONED COURT AND TO PLAINTIFF AND HER COUNSEL OF RECORD:

Pursuant to this Court's April 14, 2017 Order and the Parties' Notice of Settlement, (*see* DE 13, 14), CVS Pharmacy, Inc. ("CVS") hereby provides notice that it is withdrawing its Motion to Dismiss or in the Alternative Stay or Transfer Pursuant to the First-to-File Doctrine, (*see* DE 6), without prejudice to its right to refile said motion at a later date.

Dated: April 14, 2017

        BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

        By    *s/ Mark S. Eisen*
                Mark S. Eisen

                Attorney for Defendant
                CVS Pharmacy, Inc.
                Email: meisen@beneschlaw.com