# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANYIELLE SANDERS** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CVS PHARMACY, INC, and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No. 2:17-cv-00055-WBS-CKD<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class. Each party shall bear their own costs and expenses.

Dated: June 14, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE